AO 91 (Rev. 11/11)  Criminal Complaint    AUSA:   Grant Newman        Telephone: (989) 895-5712
                                          Special Agent:  Daniel Bowling   Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
    v.
Ralph Perry

Case: 4:25-mj-30684
Judge: Ivy, Curtis
Filed: 11-05-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3, 2025__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841 | Possession with Intent to Distribute |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent, Daniel Bowling, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 5, 2025__

*Judge's signature*

City and state: __Flint, Michigan__     Hon. Curtis Ivy, Jr., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Daniel Bowling, a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, declare and state:

## EXECUTIVE SUMMARY

1. ATF is investigating the November 3, 2025 arrest of Ralph Perry following a traffic stop in Grand Blanc, Michigan. Michigan State Police pulled Perry over for operating the vehicle with no insurance and Perry consented to a search of the vehicle. During that search, the Trooper located an open container of alcohol, and a Flint Police Department narcotics detection canine alerted to the odor of narcotics in the vehicle. Law enforcement then searched Perry and located approximately 100 grams of fentanyl in his underwear. Based on the information in this affidavit, there is probable cause to believe that Perry violated 21 U.S.C. § 841 (possession with intent to distribute fentanyl).

## INTRODUCTION AND BACKGROUND

2. I am a Special Agent with the ATF. I have been employed by the ATF since July 26, 2015. I completed Special Agent Basic Training and Criminal Investigative Training at the Federal Law Enforcement Training Center. I was previously employed as a Police Officer with the Metropolitan Nashville Police Department in Nashville, Tennessee from March of 2008 through May of 2015. During my time there, I was assigned to the Gang Unit from August of 2012 until

1

May of 2015.  My duties included, but were not limited to, conducting controlled purchases of narcotics through utilization of confidential informants; applying for and executing search warrants on persons, residences, and vehicles; debriefing confidential informants; interviewing witnesses; and proffering defendants.  In addition, I analyzed toll records and led investigations that resulted in the interception of wired communications.  I have testified in all levels of court proceedings, both at the state and the federal level.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I submit this affidavit in support of a criminal complaint and arrest warrant for Ralph L. Perry.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested criminal complaint and arrest warrant. Thus, this affidavit does not set forth all my knowledge of this investigation. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe on November 3, 2025, Perry possessed with the intent to distribute an amount of fentanyl, in violation of Title 21 U.S.C. § 841.

## PROBABLE CAUSE

5.      On November 3, 2025, Michigan State Police (MSP) Trooper Brandon Hardy conducted a traffic stop on I-475 N, south of Hill Rd., in Grand Blanc, Michigan, within the Eastern District of Michigan, on a 2015 Chrysler 300 displaying Michigan license plate #EZD5916. Trooper Hardy made contact with the driver and sole occupant of the vehicle, Ralph Perry (hereinafter "Perry"). During the interaction, Trooper Hardy asked Perry to exit the vehicle due to Perry operating the vehicle with no insurance. Trooper Hardy asked Perry for consent to search his vehicle, which Perry granted. During the consent search, Trooper Hardy located an open container of alcohol within the vehicle. Around this time, Flint Police Department Officer Michael Forystek and his narcotics detection canine arrived at the scene of the traffic stop. Officer Forystek deployed his canine around the vehicle and informed Trooper Hardy that the canine had alerted for the odor of narcotics in the vehicle. A subsequent search of Perry's vehicle and his person was conducted, at which time Trooper Hardy recovered a clear baggie containing a purple rock substance from Perry's person, located in Perry's underwear. The substance

weighed approximately 100.68 grams and field-tested positive for the presence of fentanyl.

6. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on November 3, 2025, Perry possessed with the intent to distribute an amount of fentanyl, in violation of Title 21 U.S.C. § 841.

Respectfully submitted,

_____
ATF Special Agent Dan Bowling

Sworn to before me and signed in my
presence and/or by reliable electronic means on __November 5, 2025__ .

_____
HON. CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE

4